UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

    CASTERLINE II LLC                    CHAPTER 11
    DEBTOR                     HON. PHILLIP J. SHEFFERLY
                                  CASE NO. 12-67640
_____/

Concurrence To Sale Order

    The parties concur that the attached Order be entered as comporting with the Court's findings at the hearing to approve the sale held on February 1, 2013.

First Place Bank, by:                  Oakland County Treasurer, by:

/s/ Jeffrey Horowitz                /s/ Michael P. Hogan_____
Jeffrey Horowitz P66251             Michael P. Hogan P673074

Drafted by:

__/S/__Kurt OKeefe_____
Kurt O'Keefe P30718
Attorney for Debtor
1593 Torrey Road
G. P. Woods MI 48236
313-962-4630
koklaw@gmail.com